UNITED STATES of America

v.

Quintrell REYNOS, Appellant.

No. 11–1398.

United States Court of Appeals,
Third Circuit.

June 21, 2012.

Joseph T. Labrum, III, Esq., Robert A. Zauzmer, Esq., Office of United States Attorney, Philadelphia, PA, for United States of America.

Megan S. Scheib, Esq., William J. Winning, Esq., Cozen O'Connor, Philadelphia, PA, for Appellant.

Present: McKEE, Chief Judge, SLOVITER, SCIRICA, RENDELL, AMBRO, FUENTES, SMITH, FISHER, CHAGARES, JORDAN, HARDIMAN, GREENAWAY, JR. and VANASKIE, and NYGAARD*, Circuit Judges.

## ORDER

THEODORE A. McKEE, Chief Judge.

A majority of the active judges having voted for rehearing *en banc* in the above captioned case, it is ordered that the petition for rehearing is GRANTED. The Clerk of this Court shall list the case for rehearing *en banc* at the convenience of the Court. The opinion and judgment entered May 22, 2012 are hereby vacated.

---

* Judge Nygaard's vote is limited to panel re-